**Lonnelle Antwon LANGLEY,
Plaintiff-Appellant,**

v.

**UNKNOWN, Defendant-Appellee.**

No. 16-7669

United States Court of Appeals,
Fourth Circuit.

Submitted: February 16, 2017

Decided: February 22, 2017

Lonnelle Antwon Langley, Appellant Pro Se.

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lonnelle Antwon Langley appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Langley v. Unknown, No. 2:16-cv-00599-AWA-DEM (E.D. Va. Nov. 4, 2016). We deny Langley's pending motions, including his motions for a transcript at Government expense, to add party names of the unknown district court defendants and to add parties. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED